UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICO RONONDO RODRIGUEZ,

Plaintiff,

v.

SHEIFFS OF ST. CLAIR COUNTY JAIL,
MINNESOTA D.O.C,
the arresting officers on the seen that work for
the shiffe's office of St. Clair County Jail,

Defendants.

Civil No. 17-cv-3416 (SRN/HB)

ORDER ON REPORT
AND RECOMMENDATION

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge [Doc. No. 18]. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 13, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge